**HOME OWNERS' SERVICE CORPORATION,**
**Plaintiff-Appellant, v. HADLEY et, Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County.

No. 4485.  Decided December 4, 1950.

**OPINION**

By THE COURT.

Submitted on motion of defendants-appellees seeking an order dismissing the appeal for failure to comply with Supplement to Rule VII of this Court. The record supports the ground set forth and the motion is well taken. The appeal will not be dismissed, but the judgment will be affirmed, as we think this to be the better procedure.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.